IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>　　Plaintiff<br><br>　　　　v.<br><br>ENVIRONMENTAL POWER OF<br>PUERTO RICO, INC., ET AL<br>　　Defendants | 05-CV-1946(JAF)<br>Collection of Money |

## **NOTICE OF VOLUNTARY DISMISSAL**

COMES NOW the plaintiff, United States of America, by and through its undersigned attorneys, and dismisses this cause without prejudice as to defendants Environmental Power of Puerto Rico, Inc.("EPPR Inc."), Erick J. Rodriguez-Toro and Marisol Rodriguez-Centeno, jointly and severally, pursuant to Federal Rules of Civil Procedure 41(a)(l)(i), as these defendants, filed Voluntary Petitions under Chapter 11, U.S. Bankruptcy Court, Case No. 05-12540 (SEK) and Case No. 05-11709 (SEK), respectively.

CERTIFICATE: I hereby certify I have filed the instant document on this same date, via CM/ECF; and further, copy sent by regular mail to the defendant's at P.O. Box 8841, Ponce, PR 00732

In San Juan, Puerto Rico this 2nd day of December, 2005.

　　　　　　　　　　　　　　　H.S. GARCIA
　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　S/REBECCA VARGAS-VERA
　　　　　　　　　　　　　　　Assistant U.S. Attorney
　　　　　　　　　　　　　　　USDC ID No. 203307
　　　　　　　　　　　　　　　Financial Litigation Unit
　　　　　　　　　　　　　　　350 Chardon Street, Suite 1201
　　　　　　　　　　　　　　　San Juan, Puerto Rico 00918
　　　　　　　　　　　　　　　Tel.(787) 766-5656
　　　　　　　　　　　　　　　Fax (787) 771-4049